# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**CARLOS DIAZ CEBALLOS**<br><br>Debtor | Case No. 11-00727 (ESL)<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST TO BE
## ADDED TO MASTER LIST

TO THE HONORABLE UNITED STATES
BANKRUPTCY COURT:

By counsel, RNPM, LLC, by and through Operating Partners Co. Inc., respectfully represents and prays as follows:

1. That pursuant to Rule 9010(b), the undersigned law firm hereby notifies its appearance in the above-captioned case as legal counsel for Operating Partners Co. Inc.

> RNPM, LLC, by and through Operating Partners Co. Inc., O'Neill & Gilmore, P.S.C.
> c/o Charles P. Gilmore, Esq.
> Citibank Towers, Suite 1701
> 252 Ponce de León Avenue
> San Juan, Puerto Rico 00918

WHEREFORE, the above named creditor requests this Honorable Court to note the appearance of the undersigned law firm as its legal counsel and order that its address be added to the master list as indicated.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on February 2, 2011.

I HEREBY CERTIFY that on today's date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered CM/ECF participants.

**O'NEILL & GILMORE, P.S.C.**
Citibank Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Fax:     787/620-0671
Email:  cgilmore@go-law.com

By: s/Charles P. Gilmore
_____
    Charles P. Gilmore, Esq.
     USDC No. 209614