STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS JAVIER DIAZ CEBALLOS   Case No. 11-00727-ESL

Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _Att. Rodriguez_

Date: March 04, 2011
Time: 2:50 PM   Track: _____
[✓] This is debtor(s) _3_ Bankruptcy filing.
Liquidation Value: _TBD_

Creditors
_Ms. Limarie Melendez - RMPM (mortgage)_

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _07-09_ [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued _for 30 days_ at _____

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

_as requested by debtor pursuant to sect. 1308. After 4/4/11, meeting will be deemed closed._

[ ] Feasibility
[✓] Insufficiently funded _see #4_
[ ] Unfair discrimination
[✓] Fails liquidation value test _see #4_
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
   [✓] State - years _2010_
   [ ] Federal - years _____

[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS JAVIER DIAZ CEBALLOS    Case No. 11-00727-ESL

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

## VI. Plan (Cont.)
Date: February, 17, 2011    Base $ 23,400.00    [X] Filed    Evidence of Pmt shown: _____
Payments 1 made out of 1 due.    [ ] Not Filed

VII. Confirmation Hearing Date: March, 30, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 201.00 = $ 2,799.00

IX. Documents to be provided w/in 10 days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[✓] Other:
   *Amend plan: devote half of Xmas Bonus during life of plan*

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

### COMMENTS

① Amend I: debtor is married. Also include spouse's income @ Walmart, full time.
② Payroll deduction requested.
③ note: debtor is sole owner of real property
④ /a creditor's testimony: arrears = $12,707.00 and secured amount = $69,217.00
⑤ debtor to clarify $425.04 deduction identified as "Bono usem". debtor does not know.

_Garcia_
Trustee/Presiding Officer    Date: March 04, 2011
(Rev.)